UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

CHRISTOPHER CROWN,

              Plaintiff,

  -against-

CITY OF NEW YORK; Commissioner
MARTIN F. HORN, Chief of Department
CAROLYN THOMAS, Deputy
Commissioner RICHARD R. WHITE,
Warden GREGORY MCLAUGHLIN,
Correction Officer BROOKS, JOHN/JANE
DOES #1-10,

              Defendants.

------------------------------------------------------- X

ORDER
OF DISCONTINUANCE

09 Civ. 2614 (SAS)



**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

      The Clerk of the Court is directed to close this case.

1

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
January 28, 2010

## - Appearances -

**For Plaintiff:**

Elora Mukherjee, Esq.
Jonathan S. Abady, Esq.
Emery Celli Brinckerhoff & Abady, LLP
75 Rockefeller Plaza
New York, New York 10019
(212) 763-5000

Jonathan S. Chasan, Esq.
Mary Lynne Werlwas, Esq.
Legal Aid Society
199 Water Street, 6th floor
New York, New York 10038
(212) 577-3530

**For Defendants:**

Douglas William Heim
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, New York 10007
(212) 788-1298